ABRAHAM ELTERMAN, Appellant, v. JACOB HYMAN, Respondent.

Reported below, 117 App. Div. 519.
(Submitted May 6, 1907; decided May 10, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the grounds that the appeal was unauthorized, it being from an unanimous affirmance by the Appellate Division and permission to appeal not having been obtained.

*Isidor Wasservogel* for motion.

*Edward W. S. Johnston* opposed.

Motion denied, with ten dollars costs.

———

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS R. McGINLEY, Appellant, v. MATTHEW J. CAHILL, as Coroner of the Borough of Richmond in the City of New York, Respondent.

*People ex rel. McGinley* v. *Cahill*, 116 App. Div. 927, reversed.
(Argued April 1, 1907; decided May 21, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 25, 1907, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the position of clerk to the coroner of the borough of Richmond and dismissed the proceeding.

*George M. Pinney*, Jr., and *Warren C. Van Slyke* for appellant.

*William B. Ellison, Corporation Counsel* (*James D. Bell* of counsel), for respondent.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in both courts, on opinion in *People ex rel. Hoefle* v. *Cahill* (188 N. Y. 489).

. Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

THE CONSOLIDATED FRUIT JAR COMPANY, Appellant, *v.* FRANK P. WISNER et al., as Executors of HENRY C. WISNER, Deceased, Respondents.

*Consolidated Fruit Jar Co.* v. *Wisner,* 110 App. Div. 99, affirmed.
(Argued April 26, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1906, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action for an accounting.

*George A. Strong* for appellant.

*William A. Sutherland* and *Edwin A. Nash* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

WILLIAM KEATING, by NICHOLAS KEATING, His Guardian ad Litem, Respondent, *v.* S. M. COON, as Receiver of the SWITS CONDE COMPANY, Appellant.

*Keating* v. *Coon,* 115 App. Div. 920, affirmed.
(Argued April 29, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered